**Jerry C. SCOTT, Plaintiff–Appellant,**

v.

**Ann VENEMAN, in her official capacity as Secretary of United States Department of Agriculture; United States Department of Agriculture; Samuel J. Coley; Bob Foil; Phillip Farland, in their official capacities, Defendants–Appellees.**

No. 01–1871.

United States Court of Appeals, Fourth Circuit.

Submitted Jan. 31, 2002.

Decided Feb. 28, 2002.

Patrick H. Flanagan, Norwood P. Blanchard, III, Cranfill, Sumner & Hartzog, L.L.P., Raleigh, North Carolina, for Appellant. John S. Bruce, United States Attorney, Anne M. Hayes, Assistant United States Attorney, Jerri U. Dunston, Assistant United States Attorney, Raleigh, North Carolina, for Appellees.

Before WILKINS, KING, and GREGORY, Circuit Judges.

PER CURIAM.

Jerry C. Scott appeals from the district court's order granting summary judgment in his former employer's favor in this action alleging discrimination based upon disability, in violation of the Rehabilitation Act, 29 U.S.C.A. §§ 701–796 (West 1999 & Supp.2001). We have reviewed the parties' briefs, the joint and supplemental appendices, and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Scott v. Veneman,* No. CA–99–161–4–H (E.D.N.C. May 24, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*